IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 1:07-CR-233-ODE |
| DARRYL TAYLOR | : | |

**GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE FROM THE APPLICABLE GUIDELINE RANGE**

Comes now the United States, through David E. Nahmias, United States Attorney, and Robert McBurney, Assistant, and in accordance with Section 5K1.1 of the Sentencing Guidelines and Section 3553(e) of Title 18 of the United States Code, files this Motion for a Downward Departure From the Applicable Guideline Range.

1. SENTENCING OVERVIEW

On June 9, 2008, defendant Taylor entered a guilty plea in the above-styled matter. The indictment to which he pled guilty alleged that Taylor and others conspired to distribute cocaine, in violation of 21 U.S.C. § 846, and possessed cocaine with the intent to distribute it, in violation of 21 U.S.C. § 841. Taylor pled guilty to the distribution conspiracy set forth in Count One of the indictment. Taylor is scheduled to be sentenced on October 29, 2008. According to his Presentence Report ("PSR"), Taylor's total offense level is 29, he has a criminal history category of III, and his custody guideline range is 108 to 135 months, with a 120 month mandatory minimum term of incarceration.

2. COOPERATION

Taylor substantially assisted the prosecution of several co-conspirators in a related cocaine distribution case in the Eastern District of Michigan (EDMI). Taylor met with case agents and prosecutors and ultimately testified at the EDMI trial. His truthful testimony was critical in securing the conviction of one of the EDMI defendants.

3. RECOMMENDATION

In light of Defendant Taylor's cooperation, the Government is recommending to this Court that his sentence be reduced pursuant to § 5K1.1 of the Sentencing Guidelines and Section 3553(e) of Title 18 of the United States Code. His assistance has been meaningful and should permit this Court to impose a sentence below the mandatory minimum term of 120 months. Specifically, the Government recommends a downward departure of one level, which would place Taylor at level 28, with a range of 97-121 months.

* * *

## 4. CONCLUSION

For these reasons, the United States respectfully requests that the Court grant this Motion for a Downward Departure from the Applicable Guideline Range for Defendant Taylor.

Respectfully submitted,

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

/s/ *ROBERT C.I. McBURNEY*
ASSISTANT UNITED STATES ATTORNEY
600 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303
V: 404-581-6184
F: 404-581-6181
Georgia Bar No. 481070

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| DARRYL TAYLOR | : | NO. 1:07-CR-233-ODE |

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing Government's Motion for a Downward Departure From the Applicable Guideline Range with the District Court's ECF system, which should cause notice to be electronically served upon the below-listed counsel for defense.

STEVEN HOWARD SADOW
Suite 2502
260 Peachtree Street, NW
Atlanta, GA 30303

This 27th day of October, 2008.

/s/ *ROBERT C.I. McBURNEY*
ASSISTANT UNITED STATES ATTORNEY